# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYQUON MASSEY, | ) | |
| | ) | |
| Petitioner, | ) | 2:16-cv-00345 |
| v. | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| TOM MCGINLEY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this 9th day of August, 2021, it is hereby ORDERED that Petitioner's

Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 17) is

GRANTED in accordance with the terms set forth below.

(1) Petitioner's request for habeas corpus relief on the ground that he was denied his Sixth

Amendment right to the effective assistance of counsel for failing to request a voluntary

manslaughter instruction is GRANTED;

(2) The execution of the writ of habeas corpus is STAYED for 120 days from the date of this

Order, during which time the Commonwealth may bring Petitioner to trial;

(3) Upon the expiration of 120 days from the date of this Order, should the Commonwealth

not have commenced the retrial of Petitioner, or if the Court had not previously extended

such time for good cause, the stay is automatically dissolved, and the writ shall issue

unconditionally without further notice or Order by virtue of this Order, at which point the

Superintendent of the State Correctional Institution at Coal Township ("SCI Coal

Township"), or the person in charge of such other place where Petitioner is then in

custody, shall then and there release Petitioner from the custody resulting from the

judgment of sentence imposed by the Court of Common Pleas of Allegheny County at its

Case No. CP-02-CR-0003771-2008;

(4) The Clerk of this Court shall mark this case administratively CLOSED. The Court will

retain jurisdiction of the proceedings and the parties for purposes of interpreting and

enforcing its Orders and Judgment.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:    All counsel of record
(Via CM/ECF electronic mail)

Stephen A. Zappala, Jr.
District Attorney, Allegheny County
Room 303 Courthouse
436 Grant Street
Pittsburgh, PA  15219
(Via US Mail)